# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135991

DEBBIE LASHER, Personal Representative
for the Estate of BERNICE BURNS, Deceased,
            Plaintiff-Appellant,

v

ROD R. WRIGHT, D.P.M.,
            Defendant-Appellee.

SC: 135991
COA: 268975
Iosco CC: 00-002622-NH

_____/

      On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

d0616

Clerk